RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 0 9 2010

FILED_____
DOCKETED_____ DATE    INIT

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

------------------------------------------------------------------ X

MARIO LAVANDEIRA, an individual,
d.b.a. Perez Hilton,

           Plaintiff – Appellee

v.

ELIZABETH SILVER-FAGAN, a.k.a.
Elizabeth Silver, et al

           Defendants – Appellants

------------------------------------------------------------------ X

No. 09-56647

D.C. No. 2:08-cv-04764-GAF
Central District of California
Los Angeles

## DECLARATION ABOUT TRANSCRIPTS AND THE RECORD ON APPEAL

Elizabeth Silver hereby declares and says:

1. I am a pro se appellant in this matter and I make this submission in accordance with the prior Court's Orders related to transcripts and documents in the Docket.

### No Hearing Transcripts

2. There was no in Court hearings or Conferences for which transcripts were created.

3. Therefore, there are no transcripts to file.

### The Record on Appeal
### Documents in the Docket and Other Documents Needed for the Appeal

4. With this Declaration, I am attaching the District Court Case Docket.

5. All the documents listed on the Docket are part of the District Court file.

6. Everything listed in the District Court file was part of the case below.

7. All of the hard copies of documents that I filed originally when I was as a pro se litigant are listed and are in the file.

8. The District Court Docket reflects that the documents I filed as hard copies, have been converted to electronic documents, apparently by the Clerk's office, and are now part of the electronic record.

9. The District Court Docket also reflects that the documents electronically filed by my adversaries and my former attorneys are also in the record.

10. It is my understanding that the documents listed in blue, or underlined, in the District Court Docket are considered "electronically filed" documents, whether they were originally filed as hard copies or as electronic copies, and all such electronic copies are considered to as "present" and part of the record below.

11. What are not present in the District Court file are other documents for which I will be filing a Motion to Expand the record.

12. The documents that should be in the expanded record on appeal are (i) related to the Appellee's lack of standing to sue me, (ii) related to the District Court's lack of jurisdiction over me and my company, (iii) related to the District Court's lack of jurisdiction to entertain the suit because of Appellee's failure to comply with Local Rules, (iv) related to the Appellee's fraud on the United States Patent and Trademark Office, and (v) related to the Appellee's and his counsel's fraud on the Court as demonstrated by conflicting or contradictory statements made to administrative agencies, in other judicial proceedings or publicly.

13. The foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: 2/8/2010
Short Hills, NJ

Elizabeth Silver
Appellant Pro Se

(AJWx), CLOSED, DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-04764-GAF-AJW

| | |
|---|---|
| Mario Lavandeira v. Infuse, LLC et al | Date Filed: 07/21/2008 |
| Assigned to: Judge Gary A. Feess | Date Terminated: 05/06/2009 |
| Referred to: Magistrate Judge Andrew J. Wistrich | Jury Demand: Plaintiff |
| Case in other court: 9th CCA, 09-56647 | Nature of Suit: 840 Trademark |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Jurisdiction: Federal Question |

**Plaintiff**

**Mario Lavandeira**
*an individual*
*doing business as*
Perez Hilton

represented by **Bryan J Freedman**
Freedman & Taitelman LLP
1901 Avenue of the Stars Suite 500
Los Angeles , CA 90067-6001
310-201-0005
Fax: 310-201-0045
Email: bfreedman@ftllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse A Kaplan**
Freedman & Taitelman LLP
1901 Avenue of the Stars Suite 500
Los Angeles , CA 90067
310-201-0005
Fax: 310-201-0045
Email: jkaplan@ftllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infuse, LLC**
*a New Jersey Limited Liability Company*
*doing business as*
www.perezrevenge.com

represented by **Olaf Jerzy Muller**
Keith A Fink and Associates
11500 West Olympic Blvd Ste 316
Los Angeles , CA 90064
310-268-0780
Fax: 310-268-0790
Email: omuller@finklawfirm.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Margie Rogers**
*TERMINATED: 12/01/2008*

represented by **Margie Rogers**
73 Beechwood Road
Summit, NJ 07901
917-288-5100
*PRO SE*

**Defendant**

**Elizabeth Silver-Fagan**
*TERMINATED: 12/01/2008*
*also known as*
Elizabeth Silver
*TERMINATED: 12/01/2008*

represented by **Olaf Jerzy Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2008 | 1 | COMPLAINT against Defendants DOES 1 through 10, inclusive, Infuse, LLC, Margie Rogers, Elizabeth Silver-Fagan. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Mario Lavandeira. (et) (Additional attachment(s) added on 7/24/2008: # 1 Notice of Assignment, # 2 Summons, # 3 Civil Cover Sheet) (ds). (Entered: 07/23/2008) |
| 07/21/2008 | | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants DOES 1 through 10, inclusive, Infuse, LLC, Margie Rogers, Elizabeth Silver-Fagan. (et) (Entered: 07/23/2008) |
| 07/21/2008 | 2 | DISCLOSURE STATEMENT OF INTERESTED PARTIES filed by Plaintiff Mario Lavandeira. (et) (ds). (Entered: 07/23/2008) |
| 08/06/2008 | 3 | PROOF OF SERVICE Executed by Plaintiff Mario Lavandeira, upon Elizabeth Silver-Fagan served on 7/24/2008, answer due 8/13/2008. The Summons and Complaint were served by Personal service, by State statute, upon Elizabeth Silver-Fagan aka Elizabeth Silver. Due Dilligence declaration No. Original Summons Not Returned. (Freedman, Bryan) (Entered: 08/06/2008) |
| 08/06/2008 | 4 | PROOF OF SERVICE Executed by Plaintiff Mario Lavandeira, upon Margie Rogers served on 7/31/2008, answer due 8/20/2008. The Summons and Complaint were served by Personal service, by State statute, upon Margie E. Rogers. Due Dilligence declaration not attached.. Original Summons not returned.. (Freedman, Bryan) (Entered: 08/06/2008) |
| 08/06/2008 | 5 | PROOF OF SERVICE Executed by Plaintiff Mario Lavandeira, upon Infuse, LLC served on 7/24/2008, answer due 8/13/2008. The Summons and Complaint were served by Personal service, by State statute, upon Elizabeth Silver, Agent for Service of Process/member/officer. Due Dilligence declaration not attached.. Original |

| | | |
|---|---|---|
| | | Summons not returned.. (Freedman, Bryan) (Entered: 08/06/2008) |
| 08/20/2008 | 6 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli: On August 13, 2008, Defendant Elizabeth Silver, pro se, attempted to file a motion, on behalf of herself1 and Defendant Infuse LLC, for an extension of time to respond to the complaint filed on July 21, 2008. However, the papers failed to comply with Federal Rule of Civil Procedure 7 and Local Rules 7-3, 7-4, and 7-7, regarding the filing of motions and supporting evidence. Moreover, while Defendant Silver may represent herself, she may not represent corporate Defendant Infuse LLC. Status Conference re Representation set for 9/8/2008 11:00 AM. No default is to be entered prior to that time. (lc) (Entered: 08/21/2008) |
| 08/25/2008 | 7 | AMENDED MOTION for Extension of Time to answer plead or otherwise move in response to complaint for defendants Infuse LLC, Elizabeth Silver Fagan and Elizabeth Silver until 7 days after Honorable Jed S Rakoff USDJ,(Southern New York) has ruled and Notice therein filed by defendant Elizabeth Silver-Fagan. Motion set for hearing on 9/15/2008 at 01:30 PM before Judge George P. Schiavelli. (lc) Modified on 8/27/2008 (lc). (Entered: 08/27/2008) |
| 08/25/2008 | 8 | AMENDED MOTION for Extension of Time to answer plead or otherwise move in response to complaint for defendant Margaret Rogers until 7 days after Honorable Jed S Rakoff USDJ,(Southern New York) has ruled and Notice therein filed by defendant by defendant Margaret Rogers erroneously sued as Margie Rogers. Motion set for hearing on 9/15/2008 at 01:30 PM before Judge George P. Schiavelli. (lc) (Entered: 08/27/2008) |
| 08/27/2008 | 9 | MINUTES OF IN CHAMBERS ORDER Setting Status Conference held before Judge George P. Schiavelli:, Status Conference Re: Representation and Related Pending Action set for 9/15/2008 11:00 AM before Judge George P. Schiavelli. (tad) (Entered: 08/28/2008) |
| 09/16/2008 | 11 | MINUTES OF Status Conference Re: Representation held before Judge George P. Schiavelli: The Court hereby continues the status conference re: representation to 9/18/2008 11:00 AM.Court Reporter: Rosalyn Adams. (lc) (Entered: 09/16/2008) |
| 09/18/2008 | 12 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli: re: Status Conference 11 . Status Conference continued to 9/26/2008 11:00 AM before Judge George P. Schiavelli. (tad) (Entered: 09/18/2008) |
| 09/26/2008 | 14 | MINUTES OF Status Conference re representation held before Judge George P. Schiavelli:The Court held a status conference re: the representation of Defendant Infuse, LLC. Defendant Elizabeth Silver indicated that she didnot intend to obtain counsel for Infuse. Plaintiff shall proceed with theentry of default as to Infuse. The Court GRANTED Defendants Silver and Margie Rogers motions for an extension of time to respond to the complaint.The Individual Defendants are to file responsive pleadings by 5:00 p.m. onOctober 27, 2008. Court Reporter: Rosalyn Adams. (lc) (Entered: 09/29/2008) |
| 09/29/2008 | 15 | REQUEST for Clerk to Enter Default against Defendant Infuse, LLC filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 09/29/2008) |
| 09/29/2008 | 16 | DECLARATION of Bryan J. Freedman In Support of REQUEST for Clerk to Enter Default against Defendant Infuse, LLC 15 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 09/29/2008) |

| | | |
|---|---|---|
| 09/30/2008 | 17 | DEFAULT BY CLERK ENTERED as to Defendant Infuse, LLC (lc) (Entered: 09/30/2008) |
| 10/08/2008 | 19 | ORDER OF THE CHIEF JUDGE (#08-068) approved by Chief Judge Alicemarie H. Stotler, with the concurrence of the Case Management and Assignment Committee, this case is transferred, from Judge George P. Schiavelli, to the calendar of Judge Gary A. Feess, for all further proceedings. The case number will now reflect the initials of the transferee Judge CV08-4764 GAF (AJWx). (at) (Entered: 10/09/2008) |
| 10/28/2008 | 23 | NOTICE OF DISCREPANCY AND ORDER: by Judge Gary A. Feess, ORDERING defendant's motion to dismiss submitted by Defendant Margie Rogers received on 10/27/08 is not to be filed but instead rejected. Denial based on: caption is missing full names of defendant and plaintiffs. (bp) (Entered: 10/31/2008) |
| 10/31/2008 | 24 | REQUEST for Clerk to Enter Default against Elizabeth Silver-Fagan aka Elizabeth Silver Elizabeth Silver-Fagan filed by Mario Lavandeira, dba Perez Hilton Mario Lavandeira. (Freedman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 25 | DECLARATION of Bryan J. Freedman re REQUEST for Clerk to Enter Default against Elizabeth Silver-Fagan aka Elizabeth Silver Elizabeth Silver-Fagan 24 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 26 | REQUEST for Clerk to Enter Default against Margie E. Rogers Margie Rogers filed by Mario Lavandeira, dba Perez Hilton Mario Lavandeira. (Freedman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 27 | DECLARATION of Bryan J. Freedman re REQUEST for Clerk to Enter Default against Margie E. Rogers Margie Rogers 26 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 10/31/2008) |
| 11/03/2008 | 28 | DEFAULT BY CLERK ENTERED as to Defendants Margie Rogers, Elizabeth Silver-Fagan, aka Elizabeth Silver (bp) (Entered: 11/03/2008) |
| 11/03/2008 | 29 | JOINT MOTION to Dismiss for lack of personal jurisdiction, with declarations of Elizabeth Silver and Margaret Rogers and supporting memorandum of law filed by defendants' Margie Rogers, Elizabeth Silver-Fagan. Motion set for hearing on 11/24/2008 at 09:30 AM before Judge Gary A. Feess. (bp) (Entered: 11/06/2008) |
| 11/07/2008 | 30 | OBJECTION IN OPPOSITION TO re: MOTION to Dismiss Case 29 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 11/07/2008) |
| 11/10/2008 | 31 | MEMORANDUM in Opposition to MOTION to Dismiss Case 29 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 11/10/2008) |
| 11/10/2008 | 32 | DECLARATION of Bryan J. Freedman In Opposition to MOTION to Dismiss Case 29 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 11/10/2008) |
| 11/10/2008 | 33 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Personal Jurisdiction, MOTION to Vacate Clerk's Default filed by defendants' Margie Rogers, Elizabeth Silver-Fagan. Motion set for hearing on 11/24/2008 at 09:30 AM before Judge Gary A. Feess. (bp) (Entered: 11/12/2008) |
| 11/17/2008 | 34 | Objection in opposition re: MOTION to Dismiss for Lack of Jurisdiction MOTION to Vacate 33 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 11/17/2008) |

| | | |
|---|---|---|
| 11/17/2008 | 35 | DECLARATION of Bryan J. Freedman In Support of Objection MOTION to Dismiss for Lack of Jurisdiction MOTION to Vacate 33 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 11/17/2008) |
| 11/17/2008 | 37 | DEFENDANT' RE-FILED JOINT MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICITON, WITH DECLARATIONS OF ELIZABETH SILVER AND MARGARET ROGERS, (ii) MOTION TO VACATED CLERK'S DEFAULT PURSUANT TO FRCP 60(b)(1), (4) & (6) re MOTION to Dismiss Case 29 filed by Defendants Margie Rogers, Elizabeth Silver-Fagan. (bp) (Entered: 11/20/2008) |
| 11/18/2008 | 36 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court SETS ASIDE the entry of default against Defendants and POSTPONES the hearing originally set for 11/24/08 until 12/15/08. Plaintiff is ORDERED to submit a supplemental opposition brief on or before 12/1/08. Defendants will have until 12/8/08 to respond to Plaintiff's supplemental brief. (bp) (Entered: 11/20/2008) |
| 12/01/2008 | 38 | NOTICE OF DISMISSAL filed by Mario Lavandeira Mario Lavandeira pursuant to FRCP 41a(1) as to Margie Rogers, Elizabeth Silver-Fagan. (Freedman, Bryan) (Entered: 12/01/2008) |
| 12/01/2008 | 39 | NOTICE OF DISMISSAL filed by Plaintiff Mario Lavandeira pursuant to FRCP 41a(1) as to Margie Rogers, Elizabeth Silver-Fagan. (Freedman, Bryan) (Entered: 12/01/2008) |
| 12/02/2008 | 40 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: Plaintiff's voluntary dismissal has rendered Defendants Rogers' and silver-Fagan's Motion to Dismiss moot. Accordingly, the hearing previously scheduled for December 15, 2008 is hereby VACATED re: 29 . (bp) (Entered: 12/04/2008) |
| 01/14/2009 | 41 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Plaintiffs must respond to this order within 20 days. (bp) (Entered: 01/14/2009) |
| 01/16/2009 | 42 | NOTICE OF MOTION AND MOTION for Attorney Fees and Sanctions filed by defendant Elizabeth Silver-Fagan. Motion set for hearing on 2/9/2009 at 09:30 AM before Judge Gary A. Feess. (bp) (Entered: 01/20/2009) |
| 01/21/2009 | 43 | NOTICE OF MOTION AND MOTION for Judgment *Against Defendant Infuse, LLC* filed by Plaintiff Mario Lavandeira. Motion set for hearing on 1/26/2009 at 09:30 AM before Judge Gary A. Feess. (Freedman, Bryan) (Entered: 01/21/2009) |
| 01/21/2009 | 44 | DECLARATION of Bryan J. Freedman In Support of MOTION for Judgment *Against Defendant Infuse, LLC* 43 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 01/21/2009) |
| 01/22/2009 | 45 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court will hear both parties' motions together. On the Court's own motion, both matters are CONTINUED to Monday, 2/23/09. The parties' opposition briefs are due on Monday, 2/2/09. The parties' reply briefs are due on Monday, 2/9/09. (bp) (Entered: 01/23/2009) |
| 01/23/2009 | 46 | ADJOURNNG PLAINTIFF LAVANDEIRA'S MOTION for Judgment *Against Defendant Infuse, LLC* 43 filed by Defendant Elizabeth Silver-Fagan. (Attachments: # 1 adjourning part 2, # 2 adjourning part 3)(bp) (Entered: 01/26/2009) |

| 01/27/2009 | 47 | EX PARTE APPLICATION to Continue Motions from February 23, 2009 and February 26, 2009 to March 2, 2009 filed by Plaintiff Mario Lavandeira.(Freedman, Bryan) (Entered: 01/27/2009) |
|---|---|---|
| 01/27/2009 | 48 | DECLARATION of Jesse A. Kaplan re EX PARTE APPLICATION to Continue Motions from February 23, 2009 and February 26, 2009 to March 2, 2009 47 filed by Defendant Infuse, LLC. (Freedman, Bryan) (Entered: 01/27/2009) |
| 01/27/2009 | 49 | OF SERVICE filed by Plaintiff Mario Lavandeira, re EX PARTE APPLICATION to Continue Motions from February 23, 2009 and February 26, 2009 to March 2, 2009 47 , Declaration (non-motion) 48 served on January 27, 2009. (Freedman, Bryan) (Entered: 01/27/2009) |
| 01/27/2009 | 51 | OPPOSITION TO 1/26/09 NOTIFICATION BY PLAINTIFF re EX PARTE APPLICATION to Continue Motions from February 23, 2009 and February 26, 2009 to March 2, 2009 47 filed by Defendant Elizabeth Silver-Fagan. (bp) (Entered: 01/28/2009) |
| 01/28/2009 | 50 | STATUS REPORT *Re Prosecution of Litigation* filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 01/28/2009) |
| 01/28/2009 | 52 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court has received Plaintiff's ex parte motion to continue the hearing of Defendant Elizabeth Silver-Fagan's motion for attorneys' fees and sanctions (Docket No.42) and Plaintiff's motion for default judgment against Defendant Infuse, LLC (Docket No.43). The Court concludes the matters are appropriate for resolution without the argument of counsel. As indicated in the Court's last Order, the opposition briefs remain due on Monday, 2/2/09, and the reply briefs remain due on Monday, 2/9/09. Accordingly, the hearing previously scheduled for Monday, 2/23/09 is hereby VACATED. (bp) (Entered: 01/28/2009) |
| 02/02/2009 | 53 | MEMORANDUM in Opposition to MOTION for Attorney Fees MOTION for Sanctions 42 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 02/02/2009) |
| 02/02/2009 | 54 | MEMORANDUM in Opposition *to Defendant Elizabeth Silver's Cross-Motion filed on January 23, 2009* 46 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 02/02/2009) |
| 02/02/2009 | 55 | DECLARATION of Bryan J. Freedman In Opposition MOTION for Attorney Fees MOTION for Sanctions 42 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 02/02/2009) |
| 02/02/2009 | 56 | DECLARATION In Opposition MOTION for Attorney Fees MOTION for Sanctions 42 *and CROSS-MOTION* 46 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 02/02/2009) |
| 02/02/2009 | 57 | OF SERVICE filed by Plaintiff Infuse, LLC, re Declaration (Motion related) 55 , Declaration (Motion related) 56 , MEMORANDUM in Opposition to Motion 54 , MEMORANDUM in Opposition to Motion 53 served on February 2, 2009. (Freedman, Bryan) (Entered: 02/02/2009) |
| 02/02/2009 | 58 | DECLARATION of Elizabeth Silver in support of MOTION for Attorney Fees MOTION for Sanctions 42 filed by Defendant Elizabeth Silver-Fagan. (bp) (Entered: |

| | | |
|---|---|---|
| | | 02/03/2009) |
| 02/03/2009 | 59 | NOTICE OF ERRATA filed by Plaintiff Mario Lavandeira. correcting Declaration (Motion related) 55 , Declaration (Motion related) 56 (Freedman, Bryan) (Entered: 02/03/2009) |
| 02/03/2009 | 60 | DECLARATION of Bryan J. Freedman In Opposition to MOTION for Attorney Fees MOTION for Sanctions 42 and CROSS-MOTION 46 filed by Plaintiff Mario Lavandeira. (Attachments: # 1 Part 2 of Declaration)(Freedman, Bryan) (Entered: 02/03/2009) |
| 02/03/2009 | 61 | OF SERVICE filed by Plaintiff Mario Lavandeira, re Errata 59 served on February 3, 2009. (Freedman, Bryan) (Entered: 02/03/2009) |
| 02/03/2009 | 62 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Missing Title page RE: Declaration (Motion related) 56 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (bp) (Entered: 02/04/2009) |
| 02/09/2009 | 63 | DECLARATION of Elizabeth Silver Reply Declaration MOTION for Attorney Fees MOTION for Sanctions 42 filed by Defendant Elizabeth Silver-Fagan. (bp) (Entered: 02/10/2009) |
| 02/10/2009 | 64 | DECLARATION of Elizabeth Silver in further support of MOTION for Attorney Fees MOTION for Sanctions 42 filed by Defendant Elizabeth Silver-Fagan. (Attachments: # 1 reply part 2, # 2 reply part 3)(bp) (Entered: 02/11/2009) |
| 03/02/2009 | 65 | MOTION to permit filing of Feb. 10, 2009 declaration in opposition to plaintiff's motion for default judgment filed by defendant Margie Rogers. (bp) (Entered: 03/05/2009) |
| 03/10/2009 | 66 | MEMORANDUM in Opposition to MOTION for Leave to file file declaration in opposition to plaintiff's motion for default judgment 65 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 03/10/2009) |
| 03/10/2009 | 67 | PROOF OF SERVICE filed by Plaintiff Mario Lavandeira, re MEMORANDUM in Opposition to Motion 66 served on March 10, 2009. (Freedman, Bryan) (Entered: 03/10/2009) |
| 03/23/2009 | 68 | DECLARATION of Margaret Rogers and Elizabeth Silver in response to declaration of Bryan Freedman dates 3/10/09 (DOC. #66) filed by Defendants Margie Rogers, Elizabeth Silver-Fagan. (bp) (Entered: 03/25/2009) |
| 04/16/2009 | 69 | MINUTES (IN CHAMBERS): ORDER ADDRESSING DEFENDANTS' MOTIONS the Court DENIES Silver's Cross-Motion for Miscellaneous Relief (Docket No.46) and Roger's motion to permit filing of a declartion in opposition to Plaintiff's motion for default judgment (Docket No.65). The Court also DENIES Silver's Motion for Attorneys' Fees and Sanctions (Docket No.42.) by Judge Gary A. Feess: denying 65 Motion for Leave to File (bp) (Entered: 04/17/2009) |
| 04/28/2009 | 70 | MEMORANDUM AND ORDER REGARDING PLAINTIFF'S APPLICATION FOR DEAULT JUDGMENT: Plaintiff's application for default judgment is GRANTED. Defendant is ordered ENJOINED from using the Perez Hilton Marks in any manner described in this Order. Plaintiff is to prepare and filed with the Court a |

| | | |
|---|---|---|
| | | proposed judgment containing terms consistent with the foregoing ruling. Defendant is further ORDERED to file with the Court, and serve on Plaintiff, a compliance report, described above, within thirty (30) calendar days of service of the final judgment in this case by Judge Gary A. Feess, (bp) (Entered: 04/28/2009) |
| 05/04/2009 | 71 | CERTIFICATE OF SERVICE filed by Plaintiff Mario Lavandeira, re Order,, 70 served on April 30, 2009. (Freedman, Bryan) (Entered: 05/04/2009) |
| 05/04/2009 | 72 | NOTICE OF LODGING filed re Order,, 70 (Attachments: # 1 Proposed Order Proposed Judgment)(Freedman, Bryan) (Entered: 05/04/2009) |
| 05/06/2009 | 73 | CERTIFICATE OF SERVICE filed by Plaintiff Mario Lavandeira, re Notice of Lodging 72 served on May 5, 2009. (Freedman, Bryan) (Entered: 05/06/2009) |
| 05/06/2009 | 74 | JUDGMENT by Judge Gary A. Feess. ( MD JS-6. Case Terminated ) (es) (Entered: 05/07/2009) |
| 05/21/2009 | 75 | APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver filed by Plaintiff Mario Lavandeira. Application set for hearing on 6/15/2009 at 09:30 AM before Judge Gary A. Feess. (Freedman, Bryan) (Entered: 05/21/2009) |
| 05/21/2009 | 76 | DECLARATION of Bryan J. Freedman re APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver 75 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 05/21/2009) |
| 05/22/2009 | 77 | CERTIFICATE OF SERVICE filed by Plaintiff Mario Lavandeira, re APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver 75 , Declaration (non-motion) 76 served on May 21, 2009. (Freedman, Bryan) (Entered: 05/22/2009) |
| 05/28/2009 | 78 | NOTICE OF MOTION AND MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 filed by Defendant Infuse, LLC, Elizabeth Silver-Fagan. Motion set for hearing on 6/29/2009 at 10:00 AM before Judge Gary A. Feess. (Attachments: # 1 Declaration of Olaf J. Muller, # 2 Declaration of Elizabeth Silver)(Muller, Olaf) (Entered: 05/28/2009) |
| 06/04/2009 | 79 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: On the Court's own motion, the application for contempt is CONTINUED to Monday, 6/29/2009 at at 9:30 AM. (bp) (Entered: 06/05/2009) |
| 06/08/2009 | 80 | JOINT REPORT of COMPLIANCE filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. (Muller, Olaf) (Entered: 06/08/2009) |
| 06/15/2009 | 81 | Opposition opposition re: APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver 75 filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. (Attachments: # 1 Evidentiary Objections to Declaration of Bryan J. Freedman)(Muller, Olaf) (Entered: 06/15/2009) |
| 06/15/2009 | 82 | NOTICE Notice and Request to Cross-Examine Bryan J. Freedman filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. (Muller, Olaf) (Entered: 06/15/2009) |
| 06/15/2009 | 83 | MEMORANDUM in Opposition to MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 78 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 06/15/2009) |

| | | |
|---|---|---|
| 06/15/2009 | 84 | DECLARATION of Bryan J. Freedman In Opposition to MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 78 filed by Plaintiff Mario Lavandeira. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Freedman, Bryan) (Entered: 06/15/2009) |
| 06/18/2009 | 85 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court has received Defendant's Motin to Stay the Court's April 28, 2009 Order pending the outcome of Defendant's Motion to Vacate. Defendant's motion is DENIED re: Report 80 . (bp) (Entered: 06/19/2009) |
| 06/18/2009 | 86 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court has received the joint notice and request of Infuse and Elizabeth Silver to cross-examine Plaintiff's counsel Bryan J. Freedman at the Monday, June 29, 2009 hearing. The request is DENIED. (bp) (Entered: 06/19/2009) |
| 06/18/2009 | 87 | MINUTES (IN CHAMBERS): Because Infuse has not shown surprise, exusable neglect, fraud on the Court or any other grounds warranting relief, the Court DENIES Infuse's motion to vacate the default judgment against it. With respect to Lavandeira's Application for Contempt against Infuse, the motion was premature because Infuse is not yet in contempt. The Court therefore DENIES the Application for Contempt WITHOUT PREJUDICE to refiling. The hearing scheduled for Monday, June 29, 2009 is hereby VACATED by Judge Gary A. Feess: denying 75 Application for Contempt; denying 78 Motion for Relief (bp) (Entered: 06/19/2009) |
| 06/26/2009 | 88 | NOTICE OF MOTION AND MOTION to Stay Order on Application for Contempt, Order on Motion for Relief,,,, 87 , Order,, 70 filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. Motion set for hearing on 7/27/2009 at 10:00 AM before Judge Gary A. Feess. (Muller, Olaf) (Entered: 06/26/2009) |
| 06/26/2009 | 89 | NOTICE OF MOTION AND Joint MOTION for Reconsideration re Order on Application for Contempt, Order on Motion for Relief,,,, 87 filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. Motion set for hearing on 7/27/2009 at 10:00 AM before Judge Gary A. Feess. (Muller, Olaf) (Entered: 06/26/2009) |
| 06/29/2009 | 90 | APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver filed by Plaintiff Mario Lavandeira. Application set for hearing on 7/20/2009 at 09:30 AM before Judge Gary A. Feess. (Freedman, Bryan) (Entered: 06/29/2009) |
| 06/29/2009 | 91 | DECLARATION of Bryan J. Freedman re APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver 90 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 06/29/2009) |
| 07/01/2009 | 92 | MINUTES (IN CHAMBERS): ORDER by Judge Gary A. Feess. The Court has received Defendants Motion to Stay the Courts June 18, 2009 Order. Defendants motion is DENIED. 88 Both because the Court already denied Defendant relief and since it is unlikely that the Court will reconsider its preceding orders, Defendants present Motion to Stay is DENIED. The hearing set for July 27, 2009 is VACATED. (rfi) (Entered: 07/02/2009) |
| 07/10/2009 | 94 | MEMORANDUM in Opposition to Joint MOTION for Reconsideration re Order on Application for Contempt, Order on Motion for Relief,,,, 87 Joint MOTION for |

| | | |
|---|---|---|
| | | Reconsideration re Order on Application for Contempt, Order on Motion for Relief,,,, 87 89 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 07/10/2009) |
| 07/14/2009 | 95 | DECLARATION of Jesse Kaplan re APPLICATION for Contempt against Infuse, LLC and Elizabeth Silver 90 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 07/14/2009) |
| 07/15/2009 | 96 | MINUTES (IN CHAMBERS): ORDER VACATING HEARING. Plaintiff recently filed an application for an Order to Show Cause regarding civil contempt sanctions against Infuse LLC and Elizabeth Silver. (Docket No.90.) Although the application itself does not reference a hearing, the Court's docket reflects that a hearing on the application was set for Monday, July 20, 2009. To alleviate any confussion, the Court VACATES the hearing by Judge Gary A. Feess: (bp) (Entered: 07/16/2009) |
| 07/16/2009 | 97 | STATEMENT of compliance with court's orders filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan (Muller, Olaf) (Entered: 07/16/2009) |
| 07/20/2009 | 98 | REPLY Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Reconsideration MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 MOTION for Relief from from Court Orders Pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 78 , Joint MOTION for Reconsideration re Order on Application for Contempt, Order on Motion for Relief,,,, 87 Joint MOTION for Reconsideration re Order on Application for Contempt, Order on Motion for Relief,,,, 87 89 filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. (Muller, Olaf) (Entered: 07/20/2009) |
| 07/22/2009 | 99 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court DENIES Infuse's motion for reconsideration. The hearing scheduled for Monday, July 27, 2009 is hereby VACATED. (bp) (Entered: 07/23/2009) |
| 07/22/2009 | 100 | MINUTES OF IN CHAMBERS ORDER held before Judge Gary A. Feess: The Court has received Plaintiff's June 26, 2009 Application for Order to Show Cause Re Civil Contempt against Defendant. Plaintiff's motion is DENIED. (bp) (Entered: 07/24/2009) |
| 08/14/2009 | 101 | NOTICE OF MOTION AND Joint MOTION for Relief from court orders pursuant to F.R.C.P. 60(b) re Default Judgment 74 , Order,, 70 filed by Defendants Infuse, LLC, Elizabeth Silver-Fagan. Motion set for hearing on 9/21/2009 at 10:00 AM before Judge Gary A. Feess. (Muller, Olaf) (Entered: 08/14/2009) |
| 08/24/2009 | 102 | MINUTES IN CHAMBERS ORDER RE: SECOND MOTION FOR RECONSIDERATION by Judge Gary A. Feess: denying 101 Motion for Relief.The Court has received Defendants second motion for reconsideration, filed on August 14, 2009. (Docket No. 101.) The Court DENIES the motion for the same reasons described in detail in the Courts Orders of July 22, 2009 (Docket No. 99) and June 18, 2009 (Docket No. 87). The Court has addressed Defendants arguments in support of vacating the default judgment twice already. Any further motions for reconsideration will result in the imposition of sanctions. The hearing scheduled for Monday, September 21, 2009 is hereby VACATED. (rfi) (Entered: 08/25/2009) |
| 10/05/2009 | 110 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Elizabeth Silver-Fagan. Appeal of Order on Motion for Relief,, 102 Filed On: 8/24/09; Entered On: 8/25/09; Filing fee $ 455. Paid. Receipt Number: 124335. (lr) (Entered: 10/16/2009) |

| | | |
|---|---|---|
| 10/16/2009 | 111 | NOTIFICATION by Circuit Court of Appellate Docket Number 09-56647, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 110 as to Plaintiff Mario Lavandeira. (dmap) (Entered: 10/20/2009) |
| 10/19/2009 | 112 | NOTICE OF MOTION AND MOTION to Extend time to file notice of appeal filed by defendant Elizabeth Silver-Fagan. Motion set for hearing on 11/10/2009 at 09:30 AM before Judge Gary A. Feess. (bp) (Entered: 10/27/2009) |
| 10/27/2009 | 113 | MEMORANDUM in Opposition to MOTION for Order for Extend time to file notice of appeal 112 filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 10/27/2009) |
| 10/27/2009 | 114 | DECLARATION of Bryan J. Freedman re MEMORANDUM in Opposition to Motion 113 *to Extend Time to File Notice of Appeal 112* filed by Plaintiff Mario Lavandeira. (Freedman, Bryan) (Entered: 10/27/2009) |
| 10/28/2009 | 115 | PROOF OF SERVICE filed by Plaintiff Mario Lavandeira, re Declaration (non-motion) 114 , MEMORANDUM in Opposition to Motion 113 served on October 27, 2009. (Freedman, Bryan) (Entered: 10/28/2009) |
| 11/02/2009 | 116 | MINUTES (IN CHAMBERS): ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE APPEAL by Judge Gary A. Feess: The Court GRANTS Defendant's motion for an extension of time to file her notice of appeal. The hearing scheduled for Monday, November 9, 2009 is hereby VACATED (bp) (Entered: 11/02/2009) |
| 11/27/2009 | 117 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 110 filed by Elizabeth Silver-Fagan, CCA # 09-56647. This appeal is dismissed for failure to prosecute. (cbr) (Entered: 12/01/2009) |
| 01/14/2010 | 118 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 110 filed by Elizabeth Silver-Fagan, CCA # 09-56647. The Order Order received in this district on 1/14/10. The court has received appellant Elizabeth Silver's submission in support of her motion to vacate this court's November 27, 2009 order dismissing this appeal for failure to prosecute. The motion is granted. This appeal is reinstated. (cbr) (Entered: 01/19/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2010 17:27:44 | | | |
| PACER Login: | ▓▓▓ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-04764-GAF-AJW End date: 2/6/2010 |
| Billable Pages: | 9 | Cost: | 0.72 |